IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02616-NRN

SERHII HONCHARUK,

Petitioner,

v.

JUAN BALTAZAR, Warden
KELEI WALKER, Area Field Office Director of ICE
TODD LYONS, ICE Director
TODD BLANCHE, Attorney General

Respondents.

---

ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

Before the Court is Petitioner's Amended Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 ("Petition"). ECF No. 6. Having reviewed the Amended Petition, the Court respectfully ORDERS the Clerk of Court to, no later than August 13, 2026, (1) serve Respondent with a copy of the Petition and accompanying papers, along with a copy of this Order, by e-mail and by overnight mail, and (2) promptly file proof of such service on the docket. Counsel for Respondent shall promptly enter notices of appearance. Within three calendar days of service, Respondent is ORDERED TO RESPOND to the Petition and is ORDERED TO SHOW CAUSE as to why the Petition should not be granted.

Pursuant to the All Writs Act, 28 U.S.C. § 1651(a), and in order to preserve the Court's jurisdiction, Respondent SHALL NOT REMOVE Petitioner from the District of Colorado or the United States unless or until this Court or the Court of Appeals for the Tenth Circuit vacates this Order. *See also Vizguerra-Ramirez v. Choate*, et. al, Case No. 1:25-cv-00881, D. Colo., ECF No. 11 at 45 (collecting cases); *F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 603 (1966); *Local 1814*, *Int'l Longshoremen's Ass'n v. New York Shipping Ass'n*, 965 F.2d 1224, 1237 (2d Cir. 1992).

It is further ORDERED that within seven calendar days of service, the parties shall complete and file the Consent/Non-Consent Form (ECF No. 8) indicating either the unanimous consent of the parties or that consent has been declined.

Date: August 6, 2026